UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

✓ Priority
✓ Send

Manuel Ramirez, et al v. Christine Poulos, et al Doc. 3

# NOTICE OF DOCUMENT DISCREPANCIES

TO: ☐U.S. DISTRICT JUDGE / ☐U.S. MAGISTRATE JUDGE Rafeedie

FROM: T. Baea ,Deputy Clerk RECEIVED DATE: 4/8/02

CASE NO.: CV02-2811 ER CASE TITLE: Ramirez v. Poulos

DOCUMENT ENTITLED: Mot To Amend Pltf's Name

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

| | | |
|---|---|---|
| ✓ | Local Rule 7-3 | Written notice of motion lacking or timeliness of notice incorrect |
| | Local Rule 7-19.1 | Notice to other parties of ex parte application lacking |
| | Local Rule 11-3.1 | Document not legible |
| | Local Rule 11-3.8 | Lacking name, address, phone number |
| | Local Rule 11-4.1 | No copy provided for judge |
| | Local Rule 11-6 | Memorandum/brief exceeds 25 pages |
| | Local Rule 11-8 | Memorandum/brief exceeding 10 pages shall contain table of contents |
| | Local Rule 15-1 | Proposed amended pleading not under separate cover |
| | Local Rule 16-6 | Pretrial conference order not signed by all counsel |
| | Local Rule 19-1 | Complaint/Petition includes more than ten (10) Does or fictitiously named parties |
| | Local Rule 56-1 | Statement of uncontroverted facts and/or proposed judgment lacking |
| | Local Rule 56-2 | Statement of genuine issues of material fact lacking |
| | Local Rule 83-1.5 | No Certification of Interested Parties and/or no copies |
| ✓ | FRCvP Rule 5(d) | No proof of service attached to document(s) |
| | OTHER: | |

FILED
CLERK, U.S. DISTRICT COURT
APR 10 2002
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**NOTE: Please refer to the court's website at www.cacd.uscourts.gov for local rules and applicable forms.**

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed.
The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

ENTERED ON ICMS
APR 12 2002
CV

Dated: ______________

U.S. DISTRICT JUDGE / U.S.MAGISTRATE JUDGE

☒ The document is NOT to be filed, but instead REJECTED, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have not been filed with the Court.

Dated: 4/10/02 NSW

Edward Rafeedie

U.S. DISTRICT JUDGE / U.S. MAGISTRATE JUDGE

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.



Dockets.Justia.com