Manuel Ramirez, et al v. Christine Poulos, et al Doc. 11

DEBRA W. YANG
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DAVID E. PINCHAS
Assistant United States Attorney
Room 7516 Federal Building
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-2920
Fax Number: (213) 894-7819
California Bar # 130751

Attorneys for Defendants
Christine Poulos, California
Service Center of Immigration
and Naturalization Service and
James Ziglar, Commissioner

FILED
CLERK, U.S. DISTRICT COURT
JUN 28 2002
CENTRAL DISTRICT OF CALIFORNIA
BY

LODGED
CLERK, U.S. DISTRICT COURT
JUN 21 2002
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

✓ Priority
✓ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MANUEL RAMIREZ AND GABRIELLA SALAS,<br>Plaintiffs,<br>v.<br>CHRISTINE POULOS, Acting Center Director, et al.,<br>Defendants. | NO. CV 02-2811 ER (Ex)<br><br>STIPULATION RE EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND [proposed] ORDER THEREON |

ENTERED ON ICMS
JUL 3 2002
CV

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their attorneys, that the time for Defendants to answer, move, plead or otherwise respond to the Complaint for Declaratory, Mandamus and Injunctive Relief, should be extended to June 28, 2002. The reason for this request is that Defendants represent that their agency counsel has

Dockets.Justia.com

experienced an unintended delay in transmitting their input regarding this case to the United States Attorney's Office. Defense counsel represents that he needs this input in order to prepare a meaningful response to the Complaint. Nothing herein is intended to waive any claim or defense of any party.

DATED: June , 2002

LARARABEE & ZIMMERMAN

Blanche E. Maine

BLANCHE E. MAINE, ESQ.
Attorneys for Plaintiff

DATED: June , 2002

DEBRA W. YANG
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

DAVID E. PINCHAS
Assistant United States Attorney
Attorneys for Respondent

ORDER

IT IS SO ORDERED.

DATED: June 28, 2002

Edward Rafeedie

UNITED STATES DISTRICT JUDGE

experienced an unintended delay in transmitting their input regarding this case to the United States Attorney's Office. Defense counsel represents that he needs this input in order to prepare a meaningful response to the Complaint. Nothing herein is intended to waive any claim or defense of any party.

DATED: June , 2002

LARARABEE & ZIMMERMAN

____________________________
BLANCHE E. MAINE, ESQ.
Attorneys for Plaintiff

DATED: June 20, 2002

DEBRA W. YANG
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

____________________________
DAVID E. PINCHAS
Assistant United States Attorney
Attorneys for Respondent

ORDER

IT IS SO ORDERED.

DATED: June , 2002

____________________________
UNITED STATES DISTRICT JUDGE