Manuel Ramirez, et al v. Christine Poulos, et al Doc. 1

ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
JUL 10 2002
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL RAMIREZ, ET. AL., Plaintiffs, v. CHRISTINE POULOS, ET. AL., Defendants. | CV02-2811-ER(Ex) NOTICE OF INTENT TO SCHEDULE THE CASE |

**TO ALL COUNSEL OF RECORD**, notice is hereby given that on August 30, 2002 , the Court will schedule the case by setting all dates. On or before August 23, 2002 , the parties are **HEREBY ORDERED** to file a report and otherwise comply with Federal Rule of Civil Procedure 26(f) by filing with the Court all necessary papers and documents. Counsel are referred to Federal Rule of Civil Procedure 26(f) & 26(a)(1) for the specific requirements for the contents of each of the reports to be filed. In particular, the parties are instructed that they must identify a proposed discovery cut-off date in the report. The Court, based upon the papers submitted by the parties, will set the dates for this case without holding a status conference. Should it appear to the Court that a conference is necessary, the parties will be notified.

No extension for the filing of the report will be granted. **THE COURT WILL**

JUL 11 2002

12

Dockets.Justia.com

**EXPECT THE CASE TO PROCEED IN ACCORDANCE WITH THE SCHEDULE ESTABLISHED. NO EXTENSIONS WILL BE GRANTED.**

**NON-COMPLIANCE MAY LEAD TO THE IMPOSITION OF SANCTIONS WHICH MAY INCLUDE THE STRIKING OF PLEADINGS AND ENTRY OF JUDGMENT OR DISMISSAL OF THE ACTION.**

Date: JUL 10 2002

Edward Rafeedie
Senior United States District Judge