Manuel Ramirez, et al v. Christine Poulos, et al Doc. 21

___ Priority
___ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No. CV02-2811-ER (Ex) Date and Filed: October 7, 2002

Title: MANUEL RAMIRES & GABRIELLA SALAS v. CHRISTINE POULOS, ET AL.,

==================================================================

PRESENT: THE HONORABLE EDWARD RAFEEDIE, UNITED STATES DISTRICT JUDGE

CYNTHIA SALYER
Courtroom Clerk

CANDACE NICHOLS
Court Reporter

ATTORNEYS FOR PLAINTIFFS:

BLANCH MAINE

ATTORNEYS FOR DEFENDANTS:

DAVID PINCHAS, AUSA

PROCEEDINGS: **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (FLD 9/10)**

Court and Counsel discuss the aforementioned matter.

This motion is taken under submission by this Court and the Court will issue a ruling.

**IT IS SO ORDERED.**

ENTERED ON ICMS
8 2002
CV

MINUTES FORM 90
CIVIL - GEN

Initials of Deputy Clerk ____

21

Dockets.Justia.com