Manuel Ramirez, et al v. Christine Poulos, et al Doc. 22

Priority
Send
Clsd
Enter
~~JS-5~~ JS-5
JS-2/JS-3

FILED
CLERK, U.S. DISTRICT COURT
OCT - 7 2002
CENTRAL DISTRICT OF CALIFORNIA

ENTERED
CLERK, U.S. DISTRICT COURT
OCT - 8 2002
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**MANUEL RAMIREZ** and **GABRIELLA SALAS**,

Plaintiffs,

v.

**CHRISTINE POULOS**, ACTING CENTER DIRECTOR, ET AL.,

Defendants.

Case No. CV 02-2811-ER

**ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

The Court has received, read and considered the papers filed in connection with Plaintiffs' Motion for Summary Judgment, and has heard oral argument thereon on October 7, 2002. For the reasons stated by the Court in open court, the Court hereby orders the following:

1. Plaintiff's Motion for Summary Judgment is hereby **GRANTED.**
2. Defendants are hereby **ORDERED** to authorize Plaintiffs' stay in H status *nunc pro tunc* from January 2, 2002, through October 30, 2002.
3. Defendants are hereby **ENJOINED** from applying INA § 212(a)(9)(B) to Plaintiffs.

///

///

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

22

Dockets.Justia.com

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve, by United States mail or by telefax or by email, copies of this Order on counsel in this matter.

Dated: OCT - 7 2002

EDWARD RAFEEDIE
Senior United States District Judge