Manuel Ramirez, et al v. Christine Poulos, et al Doc. 24

DEBRA W. YANG
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DAVID E. PINCHAS
Assistant United States Attorney
Room 7516 Federal Building
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-2920
Fax Number: (213) 894-7819
California Bar # 130751

Attorneys for Defendants
Christine Poulos, California
Service Center of Immigration
and Naturalization Service and
James Ziglar, Commissioner

FILED
CLERK, U.S. DISTRICT COURT
NOV 13 2002
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

LODGED
CLERK, U.S. DISTRICT COURT
NOV - 4 2002
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MANUEL RAMIREZ AND GABRIELLA SALAS,<br>Plaintiffs,<br>v.<br>CHRISTINE POULOS, Acting Center Director, et al.,<br>Defendants. | NO. CV 02-2811 ER (Ex)<br><br>STIPULATION RE CONTINUANCE OF HEARING ON PLAINTIFFS' MOTION AND APPLICATION FOR ATTORNEY FEES AND EXPENSES AND [proposed] ORDER THEREON<br><br>Date: November 25, 2002<br>Time: 10 a.m.<br>Place: Courtroom 1 Hon Judge Rafeedie |

ENTERED ON ICMS
NOV 15 2002
CV

The parties to this action, by and through their attorneys of record, hereby stipulate and request of the Court that the hearing date for the Plaintiffs' Motion and Application for Attorney Fees and Expenses (the "Motion") should be continued to December 16, 2002 at 10 a.m. This stipulation is made at Defendants' request because defense counsel is scheduled to begin an 11 day trial in Santa Ana,

24

Dockets.Justia.com

California, this week, and he is in the process of relocating his office to Orange County for the duration of the trial. Defense counsel represents that the current briefing schedule will interfere with his trial preparation. Furthermore, the requested extension will enable the parties to complete their meeting requirements under Local Rule 7-3.

DATED: November 4, 2002

LARRABEE & ZIMMERMAN LLP

Blanche E. Maine

BLANCHE E. MAINE
Attorneys for Plaintiffs

DATED: November , 2002

DEBRA W. YANG
United States Attorney

_______________________

DAVID E. PINCHAS
Assistant United States Attorney
Attorneys for Defendants

ORDER

IT IS SO ORDERED.

DATED: November , 2002

_______________________

UNITED STATES DISTRICT JUDGE

California, this week, and he is in the process of relocating his office to Orange County for the duration of the trial. Defense counsel represents that the current briefing schedule will interfere with his trial preparation. Furthermore, the requested extension will enable the parties to complete their meeting requirements under Local Rule 7-3.

DATED: November , 2002

LARRABEE & ZIMMERMAN LLP

BLANCHE E. MAINE
Attorneys for Plaintiffs

DATED: November 4, 2002

DEBRA W. YANG
United States Attorney

David Pinchas

DAVID E. PINCHAS
Assistant United States Attorney
Attorneys for Defendants

ORDER

IT IS SO ORDERED.

DATED: November 13, 2002

UNITED STATES DISTRICT JUDGE

3